UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
VICTOR C. MEDINA,
               Plaintiff,

v.

MICHAEL SLEYZAK, State Trooper #1400;
BRANDON SMITH, State Trooper #4230;
JOHN VENDY, Sullivan County Investigator
#245; MICHAEL KELLY, Sullivan County
Investigator; and WILLIAM YOUNG JR.,
Sullivan County Senior Investigator,
               Defendants.
--------------------------------------------------------------x

**ORDER**

18 CV 11637 (VB)

      On October 5, 2023, the Court granted plaintiff's application to continue the stay of this proceeding and ordered plaintiff to submit to the Court a further report regarding the status of his state court appeal by January 5, 2024. (Doc. #75). As of the date of this Order, the Court has not received a status report from plaintiff. Accordingly, it is HEREBY ORDERED:

      The Court sua sponte extends, to **February 2, 2024**, plaintiff's deadline to submit to the Court a further report regarding the status of his state court appeal.

      Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: January 16, 2024
       White Plains, NY

                                                 SO ORDERED:

                                                   Vincent L. Briccetti
                                                   United States District Judge